UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00478-DAD-EPG (PC)<br><br>ORDER REQUESTING THAT THE WARDEN OF CORCORAN STATE PRISON RESPOND TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (ECF NO. 20)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION (ECF NO. 20) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CORCORAN STATE PRISON, AND THE LITIGATION COORDINATOR AT CORCORAN STATE PRISON |

Joshua Bland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

In Plaintiff's First Amended Complaint, Plaintiff alleges, among other things, that he was attacked by inmates and that certain defendants failed to protect him from the attack. (ECF No. 14). On August 18, 2020, the Court issued findings and recommendations, recommending that this action proceed only on Plaintiff's failure to protect claim. (ECF No. 16).[1]

On September 14, 2020, Plaintiff filed a motion for injunctive relief, alleging that he is going to be transferred to the same institution and facility where the incident occurred. (ECF

---

[1] The district judge has not yet addressed the findings and recommendations. The Court will authorize service after the findings and recommendations are addressed, if any claims are allowed to proceed.

1

No. 20). Plaintiff fears that he will once again be attacked if he is transferred.

Given Plaintiff's allegations, the Court will request that the Warden of Corcoran State Prison file a response to Plaintiff's motion for injunctive relief.

Accordingly, IT IS REQUESTED that, within twenty-one (21) days from the date of service of this order, the Warden of Corcoran State Prison file a response to Plaintiff's motion for injunctive relief (ECF No. 20).

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Senior Assistant Attorney General Monica Anderson, the Warden of Corcoran State Prison, and the Litigation Coordinator at Corcoran State Prison with a copy of this order and Plaintiff's motion for injunctive relief (ECF No. 20).

IT IS SO ORDERED.

Dated: **September 17, 2020**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE