UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>                              Plaintiff,<br><br>         v.<br><br>ROBERT RODRIGUEZ, et al.,<br><br>                              Defendants. | Case No. 1:20-cv-00478-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND E-SERVICE<br><br>(ECF No. 29) |

Joshua Bland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 20, 2020, Plaintiff filed a notice (ECF No. 29), which the Court construes as a motion for sanctions and e-service. For the reasons that follow, Plaintiff's motion will be denied.

As to Plaintiff's request for the Court to e-serve Plaintiff's reply (ECF No. 28) on defense counsel, this request will be denied as moot because it has already been e-served on defense counsel. Given Plaintiff's alleged difficulties in making copies, to the extent Plaintiff is required to serve a paper copy of his reply on Defendants, Plaintiff is relieved of that requirement.

As to Plaintiff's request for sanctions, Plaintiff asks that Defendants be sanctioned for "down-playing the fact that Pltf. was a victim of prison rape and blaming [him] for CDCR's lack of investigation…." (Id. at 1). However, it was a non-party, the Warden of California State Prison, Corcoran, who made these allegations (ECF No. 27), not Defendants. Thus, sanctions

against Defendants are not appropriate.  Moreover, Plaintiff has cited to no authority stating that the Court can sanction someone simply because he or she contests the facts alleged in a motion for injunctive relief, and the Court is aware of no such authority.  Therefore, Plaintiff's request for sanctions will be denied.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for sanctions and e-service is DENIED.

IT IS SO ORDERED.

Dated:   **October 22, 2020**               /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE