UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROBERT RODRIGUEZ, et al.,<br><br>                    Defendants. | Case No. 1:20-cv-00478-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT TO ORDER DEFENSE COUNSEL TO MEET AND CONFER WITH PLAINTIFF RE: SETTLEMENT<br><br>(ECF No. 46) |

Joshua Bland ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 4, 2021, Plaintiff asked the Court to order defense counsel to meet and confer with Plaintiff so that the parties can attempt to settle this case.  (ECF No. 46).

Plaintiff's request will be denied.  The Court has already directed the parties to meet and confer regarding whether a settlement conference would be productive.  (ECF No. 42, p. 2).[1]  If Defendants do not opt out of the settlement conference, the Court will set a settlement conference, which will be held by telephone or some other remote means.

If the parties want to discuss settlement without Court involvement, they are free to do so.

---

[1] The Court did allow the parties to confer by letter instead of by phone (ECF No. 42, p. 2 n.1), but this was done in light of the coronavirus (COVID-19) outbreak (id.), and Plaintiff has not provided any explanation as to why it should be done by phone instead.

1

However, the Court will not direct the parties to attempt to do so at this time.

Accordingly, IT IS ORDERED that Plaintiff's request for the Court to order defense counsel to meet and confer with Plaintiff so that the parties can attempt to settle this case is DENIED.

IT IS SO ORDERED.

Dated:  **February 8, 2021**                     /s/ *Erica P. Grosjean*
                                                  UNITED STATES MAGISTRATE JUDGE