**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA BLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00478-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION<br><br>(ECF No. 50) |

This matter has been referred for an early settlement conference. (ECF No. 42). On March 10, 2021, Defendants filed a request to opt out of the settlement conference. (ECF No. 50). Defense counsel explains that following an evaluation of the case, and after conferring with his supervisor and with Plaintiff, defense counsel has determined that an early settlement conference would not be productive at this time. The Court will accordingly grant Defendants' request to opt out of an early settlement conference.[1] A settlement conference may be scheduled at a later date, if appropriate.

It is ORDERED that Defendants' request to opt out of an early settlement conference (ECF No. 50) is GRANTED.

IT IS SO ORDERED.

Dated:  **March 11, 2021**              /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 42), Defendants did not need to file a request to opt out of the early settlement conference. Instead, Defendants should have filed a notice that Defendants are opting out of an early settlement conference.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28