| | |
|---|---|
| JOSHUA BLAND, | Case No. 1:20-cv-00478-DAD-EPG (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO COMPLY WITH ORDER REQUIRING INITIAL DISCLOSURES AND SCHEDULING CONFERENCE STATEMENTS |
| v. | |
| ROBERT RODRIGUEZ, et al., | |
| Defendants. | (ECF No. 43) |
| | TWENTY-ONE-DAY DEADLINE |
| | ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF ORDER REQUIRING INITIAL DISCLOSURES AND SCHEDULING CONFERENCE STATEMENTS (ECF NO. 43) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On January 27, 2021, the Court issued an order setting a scheduling conference, requiring the parties to file scheduling conference statements, and requiring the parties to exchange initial disclosures. (ECF No. 43). On February 18, 2021, the Court vacated the initial scheduling conference, but noted that "[t]he parties are still required to file scheduling conference statements no later than April 14, 2021, and to exchange initial disclosures no later than March 29, 2021." (ECF No. 48, p. 1).

On April 14, 2021, Defendants filed their scheduling conference statement. (ECF No. 52). In their statement, Defendants indicate that they provided Plaintiff with their initial disclosures, but that Plaintiff did not provide Defendants with his initial disclosures. (Id. at 2).

1

Additionally, Plaintiff has not filed a scheduling conference statement, despite two orders stating that he is required to do so.

The Court will grant Plaintiff an additional twenty-one days to file his scheduling conference statement, to provide Defendants with his initial disclosures, and to file a notice indicating that he provided Defendants with his initial disclosures. The Court notes that if Plaintiff fails to comply with this order within this twenty-one-day period, the Court may issue findings and recommendations to the assigned district judge, recommending that this action be dismissed, without prejudice, for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to file his scheduling conference statement, to provide Defendants with his initial disclosures, and to file a notice indicating that he provided Defendants with his initial disclosures;
2. Failure to comply with this order may result in the dismissal of this action; and
3. The Clerk of Court is directed to send Plaintiff a copy of the order requiring initial disclosures and scheduling conference statements (ECF No. 43).

IT IS SO ORDERED.

Dated: **May 6, 2021**  /s/ Erin P. Gro[illegible]
UNITED STATES MAGISTRATE JUDGE