UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT RODRIGUEZ, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00478-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 68) |

On September 10, 2021, Defendants filed their first motion to modify the scheduling order. (ECF No. 68). "The grounds for this motion are that Plaintiff has completely failed to comply with orders to provide initial disclosures, and has more recently completely failed to comply with the Court's order to exchange documents demonstrating his efforts to exhaust administrative remedies. Defendants have nonetheless diligently defended this case, served written discovery Bland, and are awaiting Bland's responses. Defendants believe that there is a viable exhaustion-related defense. But, additional time is necessary to complete discovery before filing an exhaustion motion, or any further dispositive motion." (Id. at 2).

The Court finds good cause to grant Defendant's motion. The scheduling order is modified as follows:

| Event | Deadline/Date |
|---|---|
| Exhaustion Motions | December 9, 2021 |
| Motions to Compel | January 13, 2022 |
| Report re: Settlement Conference | March 3, 2022 |
| Non-expert Discovery | April 14, 2022 |

- 1 -

| Dispositive motions | May 19, 2022 |

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 13, 2021**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE