UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00478-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 79) |

On December 6, 2021, Defendants filed their second motion to modify the scheduling order. (ECF No. 79). "The grounds for this motion are that Plaintiff has continued to completely fail to comply with the Court's discovery orders and has completely failed to respond to Defendants' written discovery regarding the administrative exhaustion issue. Defendants filed a motion to compel Bland's responses. Defendants believe that there is a viable exhaustion-related defense. But, additional time is necessary to complete written discovery before Plaintiff's deposition can be taken, and then to evaluate whether an exhaustion motion, or any further dispositive motion, is feasible." (Id. at 2) (citation omitted).

The Court finds good cause to grant Defendants' motion. The scheduling order is modified as follows:

| Event | Deadline/Date |
|---|---|
| Exhaustion Motions | March 9, 2022 |
| Motions to Compel | April 13, 2022 |
| Report re: Settlement Conference | June 1, 2022 |
| Non-expert Discovery | July 13, 2022 |

- 1 -

| Dispositive motions | August 17, 2022 |
|---|---|

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:  **December 7, 2021**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE