UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLAND,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00478-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' THIRD MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 91) |

On March 7, 2022, Defendants filed their third motion to modify the scheduling order. (ECF No. 91). Defendants argue that the modification is warranted because Plaintiff failed to comply with the Court's discovery orders; because there is a viable exhaustion-related defense; because Defendants need additional time to obtain additional records; because Defendants needs additional time to "evaluate Plaintiff's written discovery" before Plaintiff's deposition can be taken; because after Plaintiff's deposition is taken Defendants must evaluate whether they will file a dispositive motion, and if they do, they must obtain supporting declarations; and because defense counsel was recently assigned to this case (current defense counsel was assigned to this case in January of 2022).

The Court finds good cause to grant Defendants' motion. The scheduling order is modified as follows:

| Event | Deadline/Date |
|---|---|
| Exhaustion Motions | June 7, 2022 |
| Motions to Compel | July 12, 2022 |
| Report re: Settlement Conference | August 30, 2022 |

- 1 -

| Non-expert Discovery | October 11, 2022 |
| --- | --- |
| Dispositive motions | November 15, 2022 |

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 7, 2022**     /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE