1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

| JOSHUA BLAND, | Case No. 1:20-cv-00478-DAD-EPG (PC) |
|---|---|
| Plaintiff, | ORDER RE: DEFENDANTS' FOURTH MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| ROBERT RODRIGUEZ, et al., | |
| Defendants. | (ECF No. 99) |

14      On May 5, 2022, Defendants filed their fourth motion to modify the scheduling order.

15 (ECF No. 99).  Defendants argue that good cause exists to extend all deadlines because the Court

16 has issued findings and recommendations recommending dismissal of this action, which are

17 currently pending before the District Judge.  "Defendants request that the current scheduling

18 order be continued by ninety days to avoid requiring Defendants to engage in unnecessary

19 discovery but more importantly, to avoid any unnecessary law and motion practice" because this

20 case may be dismissed.  (Id. at 2).

21      The Court finds good cause to modify the schedule.  However, given the pending findings

22 and recommendations recommending dismissal of this action, the Court will not extend existing

23 deadlines.  Instead, the Court will vacate all pending deadlines.  The Court will reset these

24 deadlines, if necessary, following the District Court's ruling on the findings and

25 recommendations.

26 \\\

27 \\\

28 \\\

- 1 -

1    Accordingly, IT IS HEREBY ORDERED that all pending deadlines are VACATED.  The

2  Court will reset these deadlines, if necessary, following the District Court's ruling on the findings

3  and recommendations.

4

5

6  IT IS SO ORDERED.

7    Dated:   **May 9, 2022**                    /s/ *Erica P. Grosjean*

8                                 UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28